# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 4, 2009

136966

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

SC: 136966
COA: 277882
Kent CC: 96-012118-FC

CASSANDRA RENEE LEE, a/k/a CASSANDRA
RENEE VIRGINS,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the June 19, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      KELLY, C.J., and CAVANAGH, J., would grant leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 4, 2009

*Corbin R. Davis*
Clerk

s0128